**Order entered July 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00218-CR

### EX PARTE DEMOND WAYLON JONES

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-83350-2020**

### ORDER

Before the Court is the State's July 19, 2021 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before **August 19, 2021**.

/s/    LANA MYERS
        JUSTICE